# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-3263
Lower Tribunal No. CF20-004029

_____

ARLANDRES SIMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Susan L. Barber, Judge.

August 20, 2024

PER CURIAM.

AFFIRMED.

NARDELLA and SMITH, JJ., and LAMBERT, B.D., Associate Judge, concur.

Howard L. "Rex" Dimmig, II, Public Defender, and Frederick W. Vollrath, Special Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED